**Fill in this information to identify the case:**

Debtor 1  Marianne Boyle

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number __15-24971__

# Form 4100R
## Response to Notice of Final Cure Payment                                   10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank, N.A., as Trustee of Bugalow Series F Trust

**Court claim no.** (if known): 7-3

**Last 4 digits** of any number you use to identify the debtor's account: 2 2 9 6

**Property address:** 530 Hampton LN
Number      Street

_____

Roselle              IL         60172
City                 State      ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2018
                                                              MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:       + (b) $ _____

c. **Total**. Add lines a and b.                                          (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became
due on:                                    ___/___/____
                                           MM / DD / YYYY

Debtor 1 __Marianne_____ _____ __Boyle_____  Case number (*if known*) __15-24971_____
          First Name      Middle Name      Last Name

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ __/s/ Timothy M. Johnson_____   Date __08__ / __10__ / __2018__
   Signature

Print __Timothy_____ __M._____ __Johnson_____   Title __Attorney for Creditor_____
     First Name     Middle Name     Last Name

Company __Marinosci Law Group, P.C._____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address __134__ __N. LaSalle St., Suite 1900_____
     Number      Street

__Chicago_____ __IL____ __60602__
City      State    ZIP Code

Contact phone ( __312__ ) __940__ – __8580_____   Email __ILWIBK@mlgdefaultlaw.com__

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2018 a copy of the foregoing Response to Notice of Final Cure was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Joseph R Doyle, Esq.
o/b/o Debtor Marianne Boyle
joe@fightbills.com

Glenn B. Stearns, Trustee
mcguckin_m@lisle13.com

Patrick S Layng, U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

I further certify that on August 10, 2018, a copy of the foregoing Response to Notice of Final Cure was mailed by first-class U.S. Mail, postage prepared and properly addressed to the following:

Marianne Boyle
530 Hampton Lane
Roselle, IL 60172

                                                  /s/ Vanessa Socarras

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
Telephone: 312-940-8580
Facsimile: 312-988-0454
ILWIBK@mlg-defaultlaw.com

18-08785